```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr. No. S-08-323-LKK |
| ) | |
| Plaintiff,  ) | ORDER AUTHORIZING CERTIFIED LAW |
| ) | STUDENT TO APPEAR AND ARGUE ON |
| vs.  ) | BEHALF OF THE GOVERNMENT |
| ) | |
| ROSS REIBSAMEN,  ) | DATE:    October 7, 2008 |
| ) | TIME:    9:15 a.m. |
| Defendant.  ) | JUDGE:   Hon. Lawrence K. Karlton |
| ) | |

Under Local Rule 83-181, the government's request for permission for JENNIFER E. DAVIS, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf the government is granted.

IT IS SO ORDERED.

DATED: September 8, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1