1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  JENNIFER E. DAVIS
   Certified Law Clerk, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2805

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Cr. No. S-08-323-LKK
                                 )
12           Plaintiff,          )
                                 )   STIPULATION AND ORDER
13      vs.                      )
                                 )   DATE:  September 16, 2008
14  ROSS REIBSAMEN,              )   TIME:  9:15 a.m.
                                 )   JUDGE: Hon. Lawrence K. Karlton
15           Defendant.          )
                                 )
16  _____ )

17      IT IS HEREBY STIPULATED and agreed to between the United

18  States of America through S. ROBERT TICE-RASKIN, Assistant United

19  States Attorney, and defendant, ROSS REIBSAMEN, by and through

20  counsel, MICHAEL PETRIK, JR., Staff Attorney, that the oral

21  arguments scheduled for September 16, 2008, be rescheduled to

22  October 7, 2008, at 9:15 a.m.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1   The continuance is requested because of the unavailability of
2   counsel.
3   DATED:    September ___, 2008
4                                           McGREGOR W. SCOTT
                                            United States Attorney
5
6                                   By: /s/ S. Robert Tice-Raskin
                                        S. ROBERT TICE-RASKIN
7                                       Assistant U.S. Attorney

8   DATED:    September ___, 2008.
9                                           DANIEL J. BRODERICK
                                            Federal Defender
10
11                                  By: /s/ Michael Petrik, Jr.
                                        MICHAEL PETRIK, JR.
12                                      Attorney for Defendant
                                        ROSS REIBSAMEN
13
                                    ORDER
14
        GOOD CAUSE APPEARING,
15
        The oral arguments are continued from September 16, 2008, to
16
    **October 7, 2008, at 9:15 a.m.**
17
        IT IS SO ORDERED.
18
    DATED: September 8, 2008
19

20                                  _____
                                    LAWRENCE K. KARLTON
21                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

                                    2